IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN C. BURNS,<br><br>*Defendant*. | 1:25-MJ-215 |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lee A. Kleinmann, being duly sworn, state the following:

1. I am an Officer with the United States Park Police (USPP) and have been for nearly 17 years. As a USPP Officer, I have received specialized training and have conducted numerous investigations relating to violations of the Virginia Code and the Code of Federal Regulations, and I have investigated numerous traffic related offenses.

2. My duties as a USPP Officer include investigating criminal violations of the Virginia Code, Code of Federal Regulations, and, as warranted, seeking prosecution of offenders.

3. This affidavit is submitted in support of a criminal complaint charging that on or about April 6, 2025, on George Washington Memorial Parkway, in the vicinity of Fort Hunt, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, Brian C. BURNS, failed to immediately stop and report his name, address, driver's license number, and vehicle registration number to law enforcement personnel following his involvement in a vehicular accident resulting in the damage of an attended vehicle, in violation of Title 36 C.F.R. 4.2(b), adopting Code of Virginia Section 46.2-894.

4. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during the course of this investigation, as

1

well as statements from witnesses and other officers. This affidavit contains information necessary to support probable cause, but it is not intended to include each, and every, fact and matter observed by me or known to the United States.

### SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5.  On or about 5:37 p.m. on April 6, 2025, I responded to a report of a two-car motor vehicle crash on the George Washington Memorial Parkway in the vicinity of Fort Hunt within the special and territorial jurisdiction of the United States and in the Eastern District of Virginia. When I arrived, I observed a gray Jeep Cherokee with heavy front-end damage in the Fort Hunt overlook. I continued south approximately one-half mile and observed a red Mazda SUV in the median.

6.  I first stopped and spoke with the driver of the red Mazda SUV (hereinafter Victim-1) to inquire about the facts of the crash. Victim-1 told me that a car hit her vehicle on the passenger side and kept going without stopping. She later traveled to the location of the above-mentioned gray Jeep Cherokee and identified it as the car that struck her vehicle.

7.  When I traveled to the Jeep Cherokee location in the Fort Hunt overlook, I observed heavy damage to the front left fender bumper and wheel area of the car. I spoke to the male driver who stated the damage to his vehicle was from a tire blowout. From my training and experience as a USPP officer for nearly 17 years conducting numerous traffic stops and investigating numerous collisions, the damage I observed to the Jeep Cherokee is not characteristic of a mere blowout. I also observed a clear paint transfer on the damaged area of the Jeep Cherokee, which was similar in color to the red paint from the Mazda SUV.

8.  I asked the driver of the Jeep Cherokee for his license, registration and insurance information, and he advised that he did not have any of those items. I then attempted to verbally

identify the male driver, but he would not provide the necessary information to properly identify him. Instead, he only identified himself as "Brian."

9. I asked him to step out of the vehicle, but he refused. Fairfax County Police Department (FCPD) arrived to assist me. When FCPD arrived on scene, I again ordered Brian out of the vehicle, and he again refused.

10. After ordering Brian out of the car for at least the third time unsuccessfully, I physically removed him from the car with the assistance of FCPD. Once removed, and handcuffed, a FCPD officer identified the driver as Brian C. BURNS, with whom he was familiar from a previous encounter. The officer went back to his vehicle and pulled up BURNS's full name, date of birth (01/XX/1996), address, and photograph. The photograph appeared to be a match for BURNS. Law enforcement databases revealed that BURNS' mother owns the Jeep Cherokee.

11. Following his arrest, I transported Brian C. BURNS to USPP District 2 for arrest processing. While there, Brian C. BURNS refused to answer any questions about his identity, and he further refused multiple attempts to submit to fingerprinting. He remained uncooperative throughout the processing and had to be physically moved into a holding cell.

12. BURNS eventually provided his full name, date of birth (01/XX/1996), and address to the USMS.

## CONCLUSION

13. Based on the foregoing, I submit there is probable cause to believe that on or about April 6, 2025, on the George Washington Memorial Parkway, in the vicinity of Fort Hunt, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, Brian C. BURNS, failed to immediately stop and report his name, address, driver's license number, and vehicle registration number to law enforcement personnel following his

involvement in a vehicular accident resulting in the damage of an attended vehicle, in violation of Title 36, C.F.R. 4.2(b), adopting Code of Virginia Section 46.2-894.

Respectfully submitted,

_____
Officer Lee A. Kleinmann
United States Park Police

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by telephone on April 7, 2025.

**Lindsey R Vaala** Digitally signed by Lindsey R Vaala
Date: 2025.04.07 13:16:42 -04'00'

_____
Honorable Lindsey R. Vaala
United States Magistrate Judge

4